UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund, Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program, and their Trustees,<br><br>                    Plaintiffs,<br>vs.<br><br>D.M.J. Corporation and Dale Johnson, individually,<br><br>                    Defendants. | Civil No. 10-3854 (RHK/JJK)<br><br>**ORDER FOR DISMISSAL** |

---

Pursuant to the Notice of Dismissal (Doc. No. 5), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 28, 2011

                               s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge